UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TEVAUGHN PRESLEY, )<br>)<br>       Petitioner, )<br>)<br>   v. )<br>)<br>T. RULE, )<br>)<br>       Respondent. ) | No. 2:23-cv-00578-MPB-MJD |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Tevaughn Presley's petition for writ of habeas corpus is denied with prejudice.

Dated: May 7, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TEVAUGHN PRESLEY
76031-061
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808